UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JOSE A. SANTANA CENTENO

00 NOV 17 PM 3: 04

BK CASE # 00 - 13289

CHAPTER 13

DEBTOR(S)

US BANKRUPTCY COURT
FOR THE DISTRICT OF
PUERTO RICO

## CHAPTER 13 PAYMENT PLAN

1 - The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 11/13/00
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### 1. PAYMENT PLAN SCHEDULE

| $ | 100.00 x | 36 | = | $3,600.00 |
|---|---|---|---|---|
| $ | x | | = | |
| $ | x | | = | |
| $ | x | | = | |
| $ | x | | = | |

TOTAL = $3,600.00

Additional Payments:
$_____ to be paid as a LUMP SUM
within _____ with proceeds to come from
☐ Sale of property identified as follows:

_____

_____
☐ Other:_____

_____

Periodic Payments to be made other than, and in addition to the above.
$_____ x _____ = _____

PROPOSED BASE: $3,600.00

### III. ATTORNEY'S FEES

(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 1,100.00

Signed: _____
DEBTOR

_____
JOINT DEBTOR

### 11 DISBURSEMENT SCHEDULE

A- ADEQUATE PROTECTION PAYMENTS CR _____ $ _____

B. SECURED CLAIMS.
☒ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☐ Trustee pays secured ARREARS:
Cr,_____ Cr,_____ Cr,_____
#_____ #_____ #_____
$_____ $_____ =_____

2. ☐ Trustee pays IN FULL Secured Claims
Cr,_____ Cr,_____ Cr,_____
#_____ #_____ #_____

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr,_____ Cr,_____ Cr,_____
#_____ #_____ #_____
$_____ =_____ =_____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ OTHER: _____

6. ☐ Debtor Otherwise maintains regular payments directly to:

_____

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2)

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A- ☐ Co-debtor Claims / ☐ Other:_____
☐ Paid 1 00% / ☐ Other:_____
Cr,_____ Cr,_____ Cr,_____
#_____ #_____ #_____
(b) ☐ Other:_____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

12/15/00

ATTORNEY FOR DEBTOR: JUAN O. CALDERON LITHGOW

Phone: (787) 858-5476